No. 83–1464. WEST *v.* NATIONAL TRUST CO. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 83–1473. PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC., ET AL. *v.* DEMILIA. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 83–1475. KIRALY *v.* CLARK. C. A. 6th Cir. Certiorari denied.

No. 83–1486. RADIOFONE, INC. *v.* LOUISIANA PUBLIC SERVICE COMMISSION ET AL. Sup. Ct. La. Certiorari denied.

No. 83–1489. JOHNSON ET AL. *v.* CITY OF GLENCOE ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–1491. SIKES ET AL. *v.* BOONE ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–1494. MONTESANO *v.* DONREY MEDIA GROUP, DBA LAS VEGAS REVIEW JOURNAL, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 83–1497. BARROW *v.* KANSAS. Ct. App. Kan. Certiorari denied.

No. 83–1516. C & H TRANSPORTATION CO., INC. *v.* FRONTIER AIRLINES, INC. C. A. 5th Cir. Certiorari denied.

No. 83–1531. DONREY COMMUNICATIONS CO., INC., DBA DONREY OUTDOOR ADVERTISING CO. *v.* CITY OF FAYETTEVILLE, ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 83–1542. POTTS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–1553. FLINN *v.* VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.